NOSRATILAW
A PROFESSIONAL LAW CORPORATION
Omid Nosrati, Esq. (SBN 216350)
Daniela Sanchez, Esq. (SBN 354613)
1801 Century Park East, Suite 840
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com
Email: dsanchez@nosratilaw.com
Attorneys for Plaintiff,
SARA BERHANE

JS-6

MORGAN P. FORSEY, BAR No. 241207
morgan.forsey@afslaw.com
MARISSA M. RAEL, BAR No. 352123
marissamaria.rael@afslaw.com
**ARENTFOX SCHIFF LLP**
555 S. Flower St. 43rd Floor
Los Angeles, CA  90071
Telephone:  213.629.7400
Facsimile:   213.629.7401
Attorneys for Defendants
MCMASTER-CARR SUPPLY COMPANY
and ISABELLA MORFE

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BERHANE | Case No.: 2:25-cv-06087-E |
| Plaintiff, | |
| v. | Judge: Charles F. Eick<br>Dept. Courtroom 750 |
| MCMASTER-CARR SUPPLY COMPANY, an Illinois Corporation; ISABELLA MORFE, an Individual; and DOES 1 through 10, inclusive. | **STIPULATION FOR DIMISSAL OF ACTION WITH PREJUDICE AND** ~~PROPOSED~~ **ORDER** |
| | Action Filed:    May 30, 2025<br>Removal Date:  July 3, 2025<br>Trial Date:        January 19, 2027 |
| Defendants. | |

1

The parties to this action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 18, 2025, the parties reached a full and complete settlement of all claims, disputes, and controversies between them arising out of or relating to this action.

2. The settlement consideration has been paid in full, and all terms of the settlement agreement have been satisfied.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this entire action, including all claims and cross-claims by and between all parties, with prejudice.

4. Each party shall bear their own attorneys' fees and costs, except as otherwise provided in the parties' confidential settlement agreement.

5. The Court shall retain jurisdiction solely for purposes of enforcing the terms of the settlement agreement executed by the parties on December 17, 2025.

IT IS SO STIPULATED.

Dated: February 18, 2026

NOSRATILAW
A PROFESSIONAL LAW
CORPORATION

By: _____
Omid Nosrati, Esq.
Daniela Sanchez, Esq.
Attorneys for Plaintiff,
SARA BERHANE

2
STIPULATION & ~~PROPOSED~~ ORDER

Dated: February 18, 2026

ARENTFOX SCHIFF LLP

Morgan P. Forsey
Marissa M. Rael
Attorneys for Defendants
MCMASTER-CARR SUPPLY
COMPANY and ISABELLA
MORFE

3

# [~~PROPOSED~~] ORDER

Pursuant to the parties' Stipulation for Dismissal, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety. Each party shall bear their own attorneys' fees and costs, except as otherwise provided in the parties' confidential settlement agreement. The Court retains jurisdiction solely to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:   2/20/26

_____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE